IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPIRE BIOMEDICAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 11-CV-10067 |
| ) | |
| TACTX MEDICAL, INC. and ) | Hon. Nathaniel M. Gorton |
| CATHETER AND DISPOSABLE ) | |
| TECHNOLOGY, INC., ) | Magistrate Marianne B. Bowler |
| ) | |
| Defendants. ) | |

JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for Plaintiff Spire Biomedical, Inc., Defendants Tactx Medical, Inc. and Catheter and Disposable Technology, Inc., respectively, the parties hereto, that all of the claims asserted in the above-captioned case are hereby dismissed *with prejudice*, that the case be stricken off the docket, and that each party bear its own attorneys' fees, costs, and expenses.

This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: ~~January~~ December 30, 2011     Respectfully submitted,

| /s/ *[signature]* TJF / WEM | /s/ *[signature]* |
|---|---|
| Thomas J. Engellener | William E. Meyer, Jr. (admitted *pro hac vice*) |
| Nutter McClennen & Fish LLP | John E. Tanagho (admitted *pro hac vice*) |
| Seaport West | Schiff Hardin LLP |
| 155 Seaport Boulevard | 233 South Wacker Drive, Suite 6600 |
| Boston, MA 02210 | Chicago, IL 60606 |
| Telephone: 617-439-2948 | Telephone: 312-258-5500 |
| | |
| *Attorneys for Spire Biomedical, Inc.* | Joseph A. Seckler (BBO#550309) |
| | Morrison Mahoney LLP |
| | 446 Main Street, Suite 1010 |
| | Worcester, MA 01608 |
| | Telephone: 508-757-7777 |
| | |
| | *Attorneys for Tactx Medical, Inc. and Catheter and Disposable Technology, Inc.* |

**CERTIFICATE OF SERVICE**

I, John E. Tanagho, hereby certify that on December 30, 2011, I filed the foregoing **Joint Stipulation and Order of Dismissal with Prejudice** with the Clerk of the Court using the ECF system, which will send electronic notification of such filing to all counsel registered electronically and constitutes service pursuant to Local Rule 5.4(C).

                                                        /s/ John E. Tanagho

SO ORDERED this 3rd day of January 2012.

/s/ Nathaniel M. Gorton
**UNITED STATES DISTRICT JUDGE**